# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01 2101 MJD/JGL Case Title: Little Six Inc. v. MAK Development

**Affidavit of Movant**

I, David Schultz, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Joan K. Rowland, an attorney admitted to practice in the Western District of Missouri, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant/third party defendant in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 169730 Date: 1/7/02

**Affidavit of Proposed Admittee**

I, Joan K. Rowland, am currently a member in good standing of the U.S. District Court for the Western District of Missouri, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Joan K. Rowland Signature: [signature] Date: 1/4/2002

Attorney License Number: 44070

Law Firm Name & Address: Stinson, Mag & Fizzell, P.C.
1201 Walnut Street
Kansas City, MO 64106

Telephone: (816) 842-8600

Motion Granted: [signature] Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

Date: JAN 08 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________