**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Little Six, Inc., d/b/a Mystic Lake Casino Hotel,<br><br>Plaintiff,<br><br>v.<br><br>MAK Development, LLC, d/b/a Visix Gaming, LLC, and Recreativos Franco, S.A.<br><br>Defendants,<br><br>and<br><br>Visix Gaming, LLC,<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>Grupo Recreativos Franco, S.A.<br><br>Third-Party Defendant. | Civil File No. 01-CV-2101 MJD/JGL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF CERTAIN DEADLINES** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel and subject to the approval of this Court, that the deadline for Third-Party Defendant Grupo Recreativos Franco, S.A.'s answer to the Third-Party Complaint be extended until January 28, 2002.

This Stipulation is believed to be in the interest of efficient judicial administration and is not being sought for the purpose of delay.

FILED JAN 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

DN: 137125

Dated this 8th day of January, 2002.

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON, P.A.

By: ______________________________
David T. Schultz, Reg. No. 169730
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402-4501
(612) 338-1838

ATTORNEYS FOR THIRD-PARTY DEFENDANT
GRUPO RECREATIVOS FRANCO, S.A.

Dated this 8th day of January, 2002.

MOSS & BARNETT, P.A.

By: ______________________________
Thomas J. Shroyer, Reg. No. 100638
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-4129

ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF VISIX GAMING, LLC

Dated this 8th day of January, 2002.

FISH & RICHARDSON

By: ______________________________
Michael Gannon, Reg. No. 285547
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402

ATTORNEYS FOR PLAINTIFF LITTLE SIX, INC.
D/B/A MYSTIC LAKE CASINO HOTEL

**ORDER FOR EXTENSION OF CERTAIN DEADLINES**

Upon the foregoing Stipulation, **IT IS HEREBY ORDERED** that the Court's Scheduling Order in this matter is hereby amended as follows:

January 28, 2002: Third-Party Defendant Grupo Recreativos Franco's deadline to answer the Complaint.

All other Pleadings deadlines remain unchanged.

Dated this 8th day of January, 2002.

BY THE COURT:

By: ______________________________
Jonathan G. Lebedoff
Magistrate Judge
United States District Court
District of Minnesota