UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Little Six, Inc., d/b/a Mystic Lake Casino Hotel,

Plaintiff,

vs.

MAK Development, LLC, d/b/a Visix Gaming, LLC and Recreativos Franco, S.A.,

Defendants.

**Civil No. 01-CV-2101 MJD/JGL**

**ORDER OF DISMISSAL**

Upon the stipulation of the parties attached hereto,

IT IS HEREBY ORDERED THAT:

1. All claims asserted in this action by Little Six, Inc., d/b/a Mystic Lake Casino Hotel ("Little Six") against MAK Development, LLC, d/b/a Visix Gaming, LLC ("MAK Development") are hereby dismissed without prejudice, except that any and all claims asserted against the Trustee in her capacity as Chapter 7 trustee for the liquidation of MAK Development are dismissed with prejudice;

2. All counterclaims in this action which are or could be asserted by MAK Development against Little Six are hereby dismissed without prejudice;

3. Any statute of limitations defense that MAK Development may assert against Little Six in a subsequent action shall be based on the date of service of the complaint in the present action; and

FILED 12-5-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Each party shall bear its own costs and attorneys' fees.

Dated: 12-05-02

MICHAEL J. DAVIS
United States District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Little Six, Inc., d/b/a Mystic Lake Casino Hotel,

Plaintiff,

vs.

MAK Development, LLC, d/b/a Visix Gaming, LLC and Recreativos Franco, S.A,

Defendants.

**Civil No. 01-CV-2101 MJD/JGL**

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN LITTLE SIX, INC., d/b/a MYSTIC LAKE CASINO HOTEL AND MAK DEVELOPMENT, LLC, d/b/a VISIX GAMING, LLC**

Little Six, Inc., d/b/a Mystic Lake Casino ("Little Six"), acting through its duly authorized counsel of record, and MAK Development, LLC, d/b/a Visix Gaming, LLC ("MAK Development"), acting through the Chapter 7 trustee for the liquidation of MAK Development, HEREBY STIPULATE AND AGREE that all claims asserted in this case by Little Six against MAK Development and all counterclaims that may be asserted in this case by MAK Development against Little Six may be dismissed without prejudice to the right of Little Six to bring a subsequent action or actions on the claims against MAK Development made in the complaint, except that any and all claims asserted against the Trustee in her capacity as Chapter 7 trustee for the liquidation of MAK Development may be dismissed with prejudice, and that the Court may enter the proposed order attached hereto without further notice to any party.

IT IS FURTHER STIPULATED that any statute of limitations defense that MAK Development may assert in a subsequent action shall be based on the date of service of the complaint in the present action.

FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

WHEREFORE, each of the Trustee, and LSI executes and delivers this Settlement Agreement as of the date first set forth above.

Dated: September 30, 2002

Calvin L. Litsey, #153746
Eunice P. de Carvalho, #257473
Michelle A. Paninopoulus, #312411
FAEGRE & BENSON
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-766-7000

Dated: September 17, 2002

Steven F. Olson, #230856
BLUE DOG, OLSON & SMALL
Southgate Office Plaza, Suite 500
5001 West 80th Street
Bloomington, MN 55437
952-893-1813

**Attorneys for Plaintiff Little Six, Inc., d/b/a Mystic Lake Casino Hotel**

Dated: October 4, 2002

Terri A. Georgen
P.O. Box 16355
St. Paul, MN 55116
651-699-6980

**In her capacity as Chapter 7 trustee for the liquidation of MAK Development, LLC, d/b/a Visix Gaming**

M2:20468564.05